# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| RBP, LLC, ) | |
| Plaintiff, ) | |
| vs. ) | |
| GENUINE PARTS COMPANY, ) | |
| Defendant. ) | |
| ------------------------------------------- ) | |
| GENUINE PARTS COMPANY, ) | No. 1-04-1154-T/AN |
| Third-Party Plaintiff, ) | |
| vs. ) | |
| ALLIANZ GLOBAL RISK U.S. ) | |
| INSURANCE COMPANY and ) | |
| LEXINGTON INSURANCE COMPANY, ) | |
| Third-Party Defendants. ) | |

## ORDER FOR ADMISSION PRO HAC VICE

Upon motion by counsel, and for good cause shown, it is hereby

ORDERED that Henry R. Daar and Thomas A. Vickers of the law firm of Daar & Vanek, P.C., 225 W. Washington, 18th Floor, Chicago, IL 60606, are hereby admitted to the bar of this court pro hac vice for the purpose of acting as counsel for defendant/third party plaintiff Genuine Parts Company in the above-captioned matter.

_James D. Todd_
UNITED STATES DISTRICT JUDGE

Date: 3 May 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 5/5/05

1

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this _____ day of April, 2005, mailed a copy of the foregoing to:

Robert L. Green, Esq.
Neely Green Fargarson Brooke & Summers
65 Union Avenue, Suite 900
Memphis, TN 38103

Albert B. Merkel, Esq.
Merkel & Tabor
202 W. Baltimore St.
Jackson, TN 38302

Clayton H. Farnham, Esq.
Brian T. Moore, Esq.
Drew Eckl & Farnham
P. O. Box 7600
Atlanta, GA 30357

Robert W. Fisher, Esq.
Robins, Kaplan, Miller & Ciresi, LLP
2600 One Atlanta Plaza
950 East Paces Ferry Road, N.E.
Atlanta, GA 30326

Russell E. Reviere, Esq.
Rainey Kizer Reviere & Bell
209 E. Main Street
Jackson, TN 38302

Loys A. Jordan, Esq.
McDonald Kuhn
119 South Main St., Suite 400
Memphis, TN 38103

Judy Barnhill, Esq.
Criminal Justice Complex
515 S. Liberty St.
Jackson, TN 38301

Gilbert Maim, Esq.
127 Peachtree St., N.E.
Suite 636
Atlanta, GA 30303

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 88 in case 1:04-CV-01154 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

Judy Barnhill
Criminal Justice Complex
515 S. Liberty St.
Jackson, TN 38301

Thomas A. Vickers
225 W. Washington
18th Floor
Chicago, IL 60606

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Heidi H. Raschke
ROBINS KAPLAN MILLER & CIRESI-Atlanta
2600 One Atlanta Plaza
950 East Paces Rerry Rd., NE
Atlanta, GA 30326--138

Brian T. Moore
DREW ECKL & FARNHAM
880 W. Peachtree St.
P.O. Box 7600
Atlanta, GA 30357

Albert B. Merkel
MERKEL & TABOR
203 S. Shannon
Jackson, TN 38302--287

Gilbert Michael Malm
Budd Larner
127 Peachtree Street, NE
Ste 636
Atlanta, GA 30303

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Robert L. Green
NEELY GREEN FARGARSON BROOKE & SUMMERS
65 Union Ave.
Ste. 900
Memphis, TN 38103--054

Robert W. Fisher
ROBINS KAPLAN MILLER & CIRESI-Atlanta
2600 One Atlanta Plaza
950 East Paces Ferry Rd., NE
Atlanta, GA 30326--138

Clayton H. Farnham
DREW ECKL & FARNHAM
P.O. Box 7600
Atlanta, GA 30357

Henry R. Daar
DAAR & VENEK, P.C.
225 West Washington St., 18th Floor
Chicago, IL 60606

Honorable James Todd
US DISTRICT COURT