IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| RBP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.   04-1154 T/An |
| | ) | |
| GENUINE PARTS CO. and INDIANA INSURANCE CO., | ) ) | |
| | ) | |
| Defendants. | ) | |

### ORDER GRANTING MOTION TO AMEND PLEADING

Before the Court is Defendant Indiana Insurance Company's ("Defendant") Motion to Amend Pleading filed on May 3, 2005. For the reasons set forth below, the Motion is **GRANTED**.

A pleading may be amended "only by leave of court . . . and leave shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). "In deciding whether to allow an amendment, the court should consider the delay in filing, the lack of notice to the opposing party, bad faith by the moving party, repeated failure to cure deficiencies by previous amendments, undue prejudice to the opposing party, and futility of amendment." *Perkins v. Am. Elec. Power Fuel Supply, Inc.*, 246 F.3d 593, 605 (6th Cir. 2001). After review, the Court can see no reason why the Motion should not be granted.

Additionally, Plaintiff failed to file a response to the motion as required by Local Rule 7.2(a)(2). "Failure to timely respond to any motion, other than one requesting dismissal of a

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 6/15/05

98

claim or action, may be deemed good grounds for granting the motion." Local Rule 7.2(a)(2). As such, because motions to amend should be freely granted and because Plaintiff did not respond to the motion, Defendant's Motion is **GRANTED**. Defendant shall file their Amended Answer within 11 days of entry of this Order.

**IT IS SO ORDERED.**

S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: June 14, 2005

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 98 in case 1:04-CV-01154 was distributed by fax, mail, or direct printing on June 15, 2005 to the parties listed.

---

Henry R. Daar
DAAR & VENEK, P.C.
225 West Washington St., 18th Floor
Chicago, IL 60606

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Heidi H. Raschke
ROBINS KAPLAN MILLER & CIRESI-Atlanta
2600 One Atlanta Plaza
950 East Paces Rerry Rd., NE
Atlanta, GA 30326--138

Brian T. Moore
DREW ECKL & FARNHAM
880 W. Peachtree St.
P.O. Box 7600
Atlanta, GA 30357

Albert B. Merkel
MERKEL & TABOR
203 S. Shannon
Jackson, TN 38302--287

Gilbert Michael Malm
Budd Larner
127 Peachtree Street, NE
Ste 636
Atlanta, GA 30303

Robert L. Green
NEELY GREEN FARGARSON BROOKE & SUMMERS
65 Union Ave.
Ste. 900
Memphis, TN 38103--054

Robert W. Fisher
ROBINS KAPLAN MILLER & CIRESI-Atlanta
2600 One Atlanta Plaza
950 East Paces Ferry Rd., NE
Atlanta, GA 30326--138

Clayton H. Farnham
DREW ECKL & FARNHAM
P.O. Box 7600
Atlanta, GA 30357

Thomas A. Vickers
225 W. Washington
18th Floor
Chicago, IL 60606

Honorable James Todd
US DISTRICT COURT