# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| RBP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO.: 04-1154-T-An |
| ) | |
| GENUINE PARTS COMPANY and ) | |
| INDIANA INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |
| | |
| GENUINE PARTS COMPANY, ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ALLIANZ GLOBAL RISKS U.S. ) | |
| INSURANCE COMPANY and ) | |
| LEXINGTON INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Third-Party Defendants. ) | |

## ORDER GRANTING PLAINTIFF'S THIRD MOTION TO AMEND

Before the Court is Plaintiff's Third Motion to Amend filed on May 26, 2005.

Defendants failed to file a response to the motion as required by Local Rule 7.2(a)(2).

"Failure to timely respond to any motion, other than one requesting dismissal of a claim or action, may be deemed good grounds for granting the motion." Local Rule 7.2(a)(2). As such, the motion is well taken and the Plaintiff's Motion is **GRANTED**. Plaintiff is directed to file with the Clerk of the Court its Second Amendment to its Amended Complaint and serve same

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on _6/23/05_

1



upon the respective Defendants within ten days from the date of entry of this Order.

**IT IS SO ORDERED.**

*S. Thomas Anderson*
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: June 22, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 105 in case 1:04-CV-01154 was distributed by fax, mail, or direct printing on June 23, 2005 to the parties listed.

---

Thomas A. Vickers
225 W. Washington
18th Floor
Chicago, IL 60606

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Heidi H. Raschke
ROBINS KAPLAN MILLER & CIRESI-Atlanta
2600 One Atlanta Plaza
950 East Paces Rerry Rd., NE
Atlanta, GA 30326--138

Brian T. Moore
DREW ECKL & FARNHAM
880 W. Peachtree St.
P.O. Box 7600
Atlanta, GA 30357

Albert B. Merkel
MERKEL & TABOR
203 S. Shannon
Jackson, TN 38302--287

Henry R. Daar
DAAR & VENEK, P.C.
225 West Washington St., 18th Floor
Chicago, IL 60606

Gilbert Michael Malm
Budd Larner
127 Peachtree Street, NE
Ste 636
Atlanta, GA 30303

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Robert L. Green
NEELY GREEN FARGARSON BROOKE & SUMMERS
65 Union Ave.
Ste. 900
Memphis, TN 38103--054

Robert W. Fisher
ROBINS KAPLAN MILLER & CIRESI-Atlanta
2600 One Atlanta Plaza
950 East Paces Ferry Rd., NE
Atlanta, GA 30326--138

Clayton H. Farnham
DREW ECKL & FARNHAM
P.O. Box 7600
Atlanta, GA 30357

Honorable James Todd
US DISTRICT COURT