IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| RBP, LLC,                                    ) | |
|                                              ) | |
|           Plaintiff,                         ) | |
|                                              ) | |
| vs.                                          ) | No.    04-1154 T/An |
|                                              ) | |
| GENUINE PARTS CO. and INDIANA                ) | |
| INSURANCE CO.,                               ) | |
|                                              ) | |
|           Defendants.                        ) | |
| GENUINE PARTS CO.,                           ) | |
|                                              ) | |
|           Third-Party Plaintiff,             ) | |
|                                              ) | |
| vs.                                          ) | |
|                                              ) | |
| ALLIANZ GLOBAL RISK U.S.                     ) | |
| INSURANCE CO. and LEXINGTON                  ) | |
| INSURANCE CO.,                               ) | |
|                                              ) | |
|           Third-Party Defendants.            ) | |

## ORDER SETTING HEARING

Before the Court is Plaintiff's and Third-Party Defendants' Joint Motion to Set Aside Order Granting Plaintiff's Third Motion to Amend filed on July 6, 2005.

**IT IS THEREFORE ORDERED** that a hearing be held before United States Magistrate Judge S. Thomas Anderson on **TUESDAY, JULY 26, 2005 at 10:00 A.M.** in the Magistrate Judge Courtroom, 4th Floor, United States Courthouse, 111 S. Highland Avenue, Jackson, Tennessee. All counsel are invited to attend the hearing, but only counsel for the Plaintiff and


This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 7/11/05

1



the Third-Party Defendants are required to participate. Local Counsel for Third-Party Defendant Allianz Global Risks U.S. Insurance Company ("Allianz") may appear for Allianz, and counsel for Third-Party Lexington Insurance Company may appear by telephone.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: July 08, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 113 in case 1:04-CV-01154 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

Robert W. Fisher
ROBINS KAPLAN MILLER & CIRESI-Atlanta
2600 One Atlanta Plaza
950 East Paces Ferry Rd., NE
Atlanta, GA 30326--138

Henry R. Daar
DAAR & VENEK, P.C.
225 West Washington St., 18th Floor
Chicago, IL 60606

Thomas A. Vickers
225 W. Washington
18th Floor
Chicago, IL 60606

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Brian T. Moore
DREW ECKL & FARNHAM
880 W. Peachtree St.
P.O. Box 7600
Atlanta, GA 30357

Albert B. Merkel
MERKEL & TABOR
203 S. Shannon
Jackson, TN 38302--287

Gilbert Michael Malm
Budd Larner
127 Peachtree Street, NE
Ste 636
Atlanta, GA 30303

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Robert L. Green
NEELY GREEN FARGARSON BROOKE & SUMMERS
65 Union Ave.
Ste. 900
Memphis, TN 38103--054

Clayton H. Farnham
DREW ECKL & FARNHAM
P.O. Box 7600
Atlanta, GA 30357

Heidi H. Raschke
ROBINS KAPLAN MILLER & CIRESI-Atlanta
2600 One Atlanta Plaza
950 East Paces Rerry Rd., NE
Atlanta, GA 30326--138

Honorable James Todd
US DISTRICT COURT