IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**FILED BY**

JUL 1 3 2005

Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Jackson

| | |
|---|---|
| RBP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | )  No. 1-04-1154-T-An |
| | ) |
| GENUINE PARTS COMPANY and | ) |
| INDIANA INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| GENUINE PARTS COMPANY, | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| VS. | ) |
| | ) |
| ALLIANZ GLOBAL RISKS U.S. | ) |
| INSURANCE COMPANY and | ) |
| LEXINGTON INSURANCE COMPANY, | ) |
| | ) |
| Third-Party Defendants. | ) |

---

ORDER GRANTING JOINT MOTION TO SET ASIDE ORDER GRANTING
PLAINTIFF'S THIRD AMENDED COMPLAINT

---

On May 26, 2005, Plaintiff RBP filed its third motion to amend. The court granted

RBP's motion on June 22, 2005. The parties file this joint motion to set aside the court's

June 22nd order because Third-Party Defendants Allianz and Lexington did not receive

notice of the motion. The parties request that the court grant the motion to set aside in order

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on _7/13/05_

114

to give Third-Party Defendants an opportunity to respond to Plaintiff's motion.  For good

cause shown, the joint motion is GRANTED and the order granting Plaintiff's third motion

to amend, entered June 22, 2005, is hereby SET ASIDE.

IT IS SO ORDERED.

_James D. Todd_____

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_12 July 2005_____
DATE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 114 in case 1:04-CV-01154 was distributed by fax, mail, or direct printing on July 13, 2005 to the parties listed.

---

Robert L. Green
NEELY GREEN FARGARSON BROOKE & SUMMERS
65 Union Ave.
Ste. 900
Memphis, TN 38103--054

Clayton H. Farnham
DREW ECKL & FARNHAM
P.O. Box 7600
Atlanta, GA 30357

Henry R. Daar
DAAR & VENEK, P.C.
225 West Washington St., 18th Floor
Chicago, IL 60606

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Heidi H. Raschke
ROBINS KAPLAN MILLER & CIRESI-Atlanta
2600 One Atlanta Plaza
950 East Paces Rerry Rd., NE
Atlanta, GA 30326--138

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Judy Barnhill
Criminal Justice Complex
515 S. Liberty St.
Jackson, TN 38301

Thomas A. Vickers
225 W. Washington
18th Floor
Chicago, IL 60606

Brian T. Moore
DREW ECKL & FARNHAM
880 W. Peachtree St.
P.O. Box 7600
Atlanta, GA 30357

Albert B. Merkel
MERKEL & TABOR
203 S. Shannon
Jackson, TN 38302--287

Gilbert Michael Malm
Budd Larner
127 Peachtree Street, NE
Ste 636
Atlanta, GA 30303

Robert W. Fisher
ROBINS KAPLAN MILLER & CIRESI-Atlanta
2600 One Atlanta Plaza
950 East Paces Ferry Rd., NE
Atlanta, GA 30326--138

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT