IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | | |
|---|---|---|---|
| RBP, LLC, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| vs. | ) | No. | 04-1154 T/An |
| | ) | | |
| GENUINE PARTS CO. and INDIANA INSURANCE CO., | ) ) | | |
| | ) | | |
| Defendants. | ) | | |
| GENUINE PARTS CO., | ) | | |
| | ) | | |
| Third-Party Plaintiff, | ) | | |
| | ) | | |
| vs. | ) | | |
| | ) | | |
| ALLIANZ GLOBAL RISK U.S. INSURANCE CO. and LEXINGTON INSURANCE CO., | ) ) ) | | |
| | ) | | |
| Third-Party Defendants. | ) | | |

## ORDER STRIKING REPLY

Before the Court is Plaintiff's Third Motion to Amend Complaint filed on May 26, 2005. On August 5, 2005, Plaintiff filed a Reply Brief responding to a Memorandum filed by the Third-Party Defendants addressing the Third Motion to Amend. Plaintiff did not request leave of Court prior to filing the Reply. As noted in the Rule 16(b) Scheduling Order entered in this case, "[n]either party may file an additional reply, however, without leave of court." Therefore, because Plaintiff did not request permission to file the Reply, the Court orders that Plaintiff's

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 8/9/05

reply be stricken.

**IT IS SO ORDERED.**

_S. Thomas Anderson_
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: _August 08, 2005_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 124 in case 1:04-CV-01154 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

---

Thomas A. Vickers
225 W. Washington
18th Floor
Chicago, IL 60606

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Heidi H. Raschke
ROBINS KAPLAN MILLER & CIRESI-Atlanta
2600 One Atlanta Plaza
950 East Paces Rerry Rd., NE
Atlanta, GA 30326--138

Brian T. Moore
DREW ECKL & FARNHAM
880 W. Peachtree St.
P.O. Box 7600
Atlanta, GA 30357

Albert B. Merkel
MERKEL & TABOR
203 S. Shannon
Jackson, TN 38302--287

Gilbert Michael Malm
Budd Larner
127 Peachtree Street, NE
Ste 636
Atlanta, GA 30303

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Robert L. Green
NEELY GREEN FARGARSON BROOKE & SUMMERS
65 Union Ave.
Ste. 900
Memphis, TN 38103--054

Robert W. Fisher
ROBINS KAPLAN MILLER & CIRESI-Atlanta
2600 One Atlanta Plaza
950 East Paces Ferry Rd., NE
Atlanta, GA 30326--138

Clayton H. Farnham
DREW ECKL & FARNHAM
P.O. Box 7600
Atlanta, GA 30357

Henry R. Daar
DAAR & VENEK, P.C.
225 West Washington St., 18th Floor
Chicago, IL 60606

Honorable James Todd
US DISTRICT COURT