IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | | |
|---|---|---|---|
| RBP, LLC, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| vs. | ) | No. | 04-1154 T/An |
| | ) | | |
| GENUINE PARTS CO. and INDIANA INSURANCE CO., | ) ) | | |
| | ) | | |
| Defendants. | ) | | |
| GENUINE PARTS CO., | ) | | |
| | ) | | |
| Third-Party Plaintiff, | ) | | |
| | ) | | |
| vs. | ) | | |
| | ) | | |
| ALLIANZ GLOBAL RISK U.S. INSURANCE CO. and LEXINGTON INSURANCE CO., | ) ) ) | | |
| | ) | | |
| Third-Party Defendants. | ) | | |

ORDER

Before the Court is Plaintiff's and Third-Party Defendant's Joint Motion to Set Aside Order Granting Plaintiff's Third Motion to Amend filed on July 6, 2005. On July 26, 2005, the Court held a hearing to determine whether sanctions should be imposed for Plaintiff's failure to properly consult with opposing counsel as required by the Local Rules for the Western District of Tennessee. After due consideration, the Court concludes that Plaintiff's counsel did consult with opposing counsel prior to filing the Motion to Amend, and the Court concludes that a clerical

1

This document entered on the docket sheet In compliance with Rule 58 and/or 79 (a) FRCP on 8/11/05

error prevented defense counsel from being served with a copy of the Third Motion to Amend.

For these reasons, sanctions are not appropriate in this matter.

**IT IS SO ORDERED.**

*S. Thomas Anderson*
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: August 10, 2005

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 125 in case 1:04-CV-01154 was distributed by fax, mail, or direct printing on August 11, 2005 to the parties listed.

---

Heidi H. Raschke
ROBINS KAPLAN MILLER & CIRESI-Atlanta
2600 One Atlanta Plaza
950 East Paces Rerry Rd., NE
Atlanta, GA 30326--138

Thomas A. Vickers
225 W. Washington
18th Floor
Chicago, IL 60606

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Henry R. Daar
DAAR & VENEK, P.C.
225 West Washington St., 18th Floor
Chicago, IL 60606

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Brian T. Moore
DREW ECKL & FARNHAM
880 W. Peachtree St.
P.O. Box 7600
Atlanta, GA 30357

Robert L. Green
NEELY GREEN FARGARSON BROOKE & SUMMERS
65 Union Ave.
Ste. 900
Memphis, TN 38103--054

Robert W. Fisher
ROBINS KAPLAN MILLER & CIRESI-Atlanta
2600 One Atlanta Plaza
950 East Paces Ferry Rd., NE
Atlanta, GA 30326--138

Albert B. Merkel
MERKEL & TABOR
203 S. Shannon
Jackson, TN 38302--287

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Gilbert Michael Malm
Budd Larner
127 Peachtree Street, NE
Ste 636
Atlanta, GA 30303

Clayton H. Farnham
DREW ECKL & FARNHAM
P.O. Box 7600
Atlanta, GA 30357

Honorable James Todd
US DISTRICT COURT