IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| RBP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| GENUINE PARTS COMPANY and ) | |
| INDIANA INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |
| ------------------------------------------------) | NO: 1-04-1154-T/AN |
| ) | Jury Demanded |
| GENUINE PARTS COMPANY, ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ALLIANZ GLOBAL RISKS U.S. ) | |
| INSURANCE COMPANY and ) | |
| LEXINGTON INSURANCE COMPANY, ) | |
| ) | |
| Third-Party Defendants. ) | |

### UNOPPOSED MOTION FOR LEAVE TO FILE REPLY MEMORANDUM OF LAW IN SUPPORT OF THIRD-PARTY DEFENDANTS ALLIANZ GLOBAL RISKS U.S. INSURANCE COMPANY AND LEXINGTON INSURANCE COMPANY'S MOTION TO DISMISS

Pursuant to the Court's Rule 16(b) Scheduling Order, Third-Party Defendants Allianz Global Risks U.S. Insurance Company ("Allianz") and Lexington Insurance Company ("Lexington") hereby move this Court for leave to file a reply brief in support of their previously filed Motion to Dismiss Plaintiff RBP, LLC's Third Amendment to its Amended Complaint. The proposed reply brief is attached hereto as Exhibit A. This motion is unopposed. A Certificate of Consultation is attached hereto as Exhibit B.

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 10/20/05

**MOTION GRANTED**
DATE: 19 Oct. 2005

_James D. Todd_
James D. Todd
U.S. District Judge

- 1 -

ATI 30040767.1

Allianz and Lexington seek the Court's leave to file this brief in order to respond to the arguments raised in Plaintiff, RBP, LLC's Response in Opposition to Third-Party Defendants Allianz Global Risks U.S. Insurance Company and Lexington Insurance Company's Motion to Dismiss.

WHEREFORE, Allianz and Lexington pray the Court allow them to file the attached Reply Memorandum of Law in Support of Third-Party Defendants Allianz Global Risks U.S. Insurance Company and Lexington Insurance Company's Motion to Dismiss.

This 18th day of October, 2005.

Respectfully submitted,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: _____
Robert W. Fisher
Georgia Bar No.: 261951
Heidi H. Raschke
Georgia Bar No.: 594937
2600 One Atlanta Plaza
950 East Paces Ferry Road, N.E.
Atlanta, GA 30326-1386
(404) 760-4300


RAINEY, KIZER, REVIERE & BELL, P.L.C.
Russell E. Reviere (BPR #07166)
209 East Main Street
P.O. Box 1147
Jackson, TN 38302-1147
(731) 423-2414

ATTORNEYS FOR THIRD-PARTY
DEFENDANT, ALLIANZ GLOBAL RISKS U.S.
INSURANCE COMPANY

DREW ECKL & FARNHAM

By: *Brian T. Moore* w/ express permission by *HAF*
Clayton H. Farnham
Brian T. Moore
Drew Eckl & Farnham
P.O. Box 7600
Atlanta, GA 30357-0600
(404) 885-1400

ATTORNEYS FOR THIRD-PARTY
DEFENDANT, LEXINGTON INSURANCE
COMPANY

- 3 -

AT1 30040767.1

## CERTIFICATE OF SERVICE

This certifies that a copy of the foregoing **Unopposed Motion for Leave to File Reply Memorandum Of Law In Support Of Third-Party Defendants Allianz Global Risks U.S. Insurance Company And Lexington Insurance Company's Motion To Dismiss** was served upon the following via federal express on this ____ day of October, 2005:

Robert L. Green
Allen, Summers, Simpson, Lillie & Gresham P.L.L.C.
Brinkley Plaza, Suite 650
80 Monroe Avenue
Memphis, TN 38103-2466

Albert B. Merkel
203 South Shannon Street
Jackson, TN 38301

ATTORNEYS FOR PLAINTIFF, RBP, LLC

Henry R. Daar
Daar & Venek
225 West Washington Street
18th Floor
Chicago, IL 60606

Douglas F. Halijan
130 North Court
Memphis, TN 38103

ATTORNEYS FOR DEFENDANT, GENUINE PARTS COMPANY

Gilbert Malm
127 Peachtree Street, N.E.
Suite 636
Atlanta, GA 30303

Loys A. Trey Jordan, III
McDonald Kuhn, PLLC
119 South Main Street
Suite 400
Memphis, TN 38103

ATTORNEYS FOR DEFENDANT,
INDIANA INSURANCE COMPANY

_____
Heidi H. Raschke

ATI 30040767.1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 145 in case 1:04-CV-01154 was distributed by fax, mail, or direct printing on October 20, 2005 to the parties listed.

---

Henry R. Daar
DAAR & VENEK, P.C.
225 West Washington St., 18th Floor
Chicago, IL 60606

Albert B. Merkel
MERKEL & TABOR
203 S. Shannon
Jackson, TN 38302--287

Clayton H. Farnham
DREW ECKL & FARNHAM
P.O. Box 7600
Atlanta, GA 30357

Robert W. Fisher
ROBINS KAPLAN MILLER & CIRESI-Atlanta
2600 One Atlanta Plaza
950 East Paces Ferry Rd., NE
Atlanta, GA 30326--138

Gilbert Michael Malm
Budd Larner
127 Peachtree Street, NE
Ste 636
Atlanta, GA 30303

Brian T. Moore
DREW ECKL & FARNHAM
880 W. Peachtree St.
P.O. Box 7600
Atlanta, GA 30357

Robert L. Green
NEELY GREEN FARGARSON BROOKE & SUMMERS
65 Union Ave.
Ste. 900
Memphis, TN 38103--054

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Heidi H. Raschke
ROBINS KAPLAN MILLER & CIRESI-Atlanta
2600 One Atlanta Plaza
950 East Paces Rerry Rd., NE
Atlanta, GA 30326--138

Thomas A. Vickers
225 W. Washington
18th Floor
Chicago, IL 60606

Thomas A. Vickers
Daar & Vanek, P.C.
225 W. Washington
18th Floor
Chicago, IL 60606

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT