IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| RBP, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 1:04-1154-T/An |
| | ) | |
| GENUINE PARTS COMPANY and | ) | |
| INDIANA INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| GENUINE PARTS COMPANY, | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| ALLIANZ GLOBAL RISKS U.S. | ) | |
| INSURANCE COMPANY and | ) | |
| LEXINGTON INSURANCE COMANY, | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

ORDER DENYING PLAINTIFF RBP, L.L.C.'S MOTION FOR AN ORDER
REQUIRING ALL PARTIES TO PARTICIPATE IN NON-BINDING MEDIATION

RBP, L.L.C. ("Plaintiff") moves for an order forcing all parties to this insurance coverage dispute to submit to a mandatory, but "non-binding," mediation conference. (Dkt. # 139). All of the parties, except Third-Party Defendant Allianz Global Risks U.S.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 11/16/05

Insurance Company ("Allianz"), consent to participate in mediation. Allianz does not consent to participate in mediation.

The parties are certainly at liberty to, and are encouraged to, seek a voluntary resolution of this controversy. To that end, the parties do not need the court's approval or order. However, it appears that forcing an unwilling party to participate in a "non-binding" settlement conference would be a futile endeavor, even assuming that the court's equitable powers would generally support such an order. Consequently, Plaintiff's Motion to Require All Parties to Participate in Non-Binding Mediation (Dkt. # 139) is DENIED.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_10 November 2005_
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 154 in case 1:04-CV-01154 was distributed by fax, mail, or direct printing on November 16, 2005 to the parties listed.

---

Henry R. Daar
DAAR & VENEK, P.C.
225 West Washington St., 18th Floor
Chicago, IL 60606

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Robert W. Fisher
ROBINS KAPLAN MILLER & CIRESI-Atlanta
2600 One Atlanta Plaza
950 East Paces Ferry Rd., NE
Atlanta, GA 30326--138

Thomas A. Vickers
225 W. Washington
18th Floor
Chicago, IL 60606

Thomas A. Vickers
Daar & Vanek, P.C.
225 W. Washington
18th Floor
Chicago, IL 60606

Albert B. Merkel
MERKEL & TABOR
203 S. Shannon
Jackson, TN 38302--287

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Judy Barnhill
Criminal Justice Complex
515 S. Liberty St.
Jackson, TN 38301

Robert L. Green
NEELY GREEN FARGARSON BROOKE & SUMMERS
65 Union Ave.
Ste. 900
Memphis, TN 38103--054

Clayton H. Farnham
DREW ECKL & FARNHAM
P.O. Box 7600
Atlanta, GA 30357

Gilbert Michael Malm
Budd Larner
127 Peachtree Street, NE
Ste 636
Atlanta, GA 30303

Heidi H. Raschke
ROBINS KAPLAN MILLER & CIRESI-Atlanta
2600 One Atlanta Plaza
950 East Paces Rerry Rd., NE
Atlanta, GA 30326--138

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Brian T. Moore
DREW ECKL & FARNHAM
880 W. Peachtree St.
P.O. Box 7600
Atlanta, GA 30357

Honorable James Todd
US DISTRICT COURT