IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| RBP, LLC, <br>     Plaintiff, <br> vs. <br><br> GENUINE PARTS COMPANY, <br> and INDIANA INSURANCE COMPANY <br><br>     Defendants. <br> ------------------------------------------- <br><br> GENUINE PARTS COMPANY, <br><br>     Third-Party Plaintiff, <br><br> vs. <br><br> ALLIANZ GLOBAL RISK U.S. <br> INSURANCE COMPANY and <br> LEXINGTON INSURANCE COMPANY, <br><br>     Third-Party Defendants. | NO. 1-04-1154-T/AN |

### ORDER GRANTING GENUINE PARTS COMPANY AND INDIANA INSURANCE COMPANY'S JOINT MOTION TO SUPPLEMENT RESPONSE BRIEFS IN OPPOSITION TO ALLIANZ'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Before the Court is the Joint Motion of Genuine Parts Company and Indiana Insurance Company to supplement response briefs in opposition to Allianz's Motion for Partial Summary Judgment. Having considered the statements of counsel, all pleadings filed regarding this issue, and the entire record in this herein, the Court finds that this Motion is well-taken and should be granted.

SO ORDERED this 19th day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 12/22/05

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been mailed, U.S. Mail, postage prepaid, this 21st day of November, 2005, to:

Albert Merkel, Esq.
Merkel & Tabor
202 W. Baltimore St.
Jackson, TN 38302

Robert L. Green, Esq.
Allen, Summers, Simpson, Lillie & Gresham, PLLC
80 Monroe Avenue, Suite 650
Memphis, TN 38103

Clayton H. Farnham, Esq.
Brian T. Moore, Esq.
Drew Eckl & Farnham, L.L.P.
880 W. Peachtree St.
P. O. Box 7600
Atlanta, GA 30357-0600

Russell E. Reviere, Esq.
Rainey Kizer Reviere & Bell
P. O. Box 1147
209 E. Main St.
Jackson, TN 38302-1147

Heidi Raschke, Esq.
Robins, Kaplan, Miller & Ciresi, L.L.P.
2600 One Atlanta Plaza
950 East Paces Ferry Rd. N.E.
Atlanta, GA 30326-1119

Loys A. "Trey" Jordan, Esq.
McDonald Kuhn
119 South Main St., Suite 400
Memphis, TN 38103

Gilbert M. Malm, Esq.
Budd Larner, P.C.
127 Peachtree St., N.E., Suite 636
Atlanta, GA 30303

_____
Douglas F. Halijan

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 179 in case 1:04-CV-01154 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

Robert L. Green
NEELY GREEN FARGARSON BROOKE & SUMMERS
65 Union Ave.
Ste. 900
Memphis, TN 38103--054

Heidi H. Raschke
ROBINS KAPLAN MILLER & CIRESI LLP
1801 K Street, N.W.
Ste. 1200K
Washington, DC 20006

Henry R. Daar
DAAR & VENEK, P.C.
225 West Washington St., 18th Floor
Chicago, IL 60606

Thomas A. Vickers
225 W. Washington
18th Floor
Chicago, IL 60606

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Thomas A. Vickers
Daar & Vanek, P.C.
225 W. Washington
18th Floor
Chicago, IL 60606

Brian T. Moore
DREW ECKL & FARNHAM
880 W. Peachtree St.
P.O. Box 7600
Atlanta, GA 30357

Clayton H. Farnham
DREW ECKL & FARNHAM
P.O. Box 7600
Atlanta, GA 30357

Robert W. Fisher
ROBINS KAPLAN MILLER & CIRESI-Atlanta
2600 One Atlanta Plaza
950 East Paces Ferry Rd., NE
Atlanta, GA 30326--138

Albert B. Merkel
MERKEL & TABOR
203 S. Shannon
Jackson, TN 38302--287

Gilbert Michael Malm
Budd Larner
127 Peachtree Street, NE
Ste 636
Atlanta, GA 30303

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Judy Barnhill
Criminal Justice Complex
515 S. Liberty St.
Jackson, TN 38301

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT