IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| RBP, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| GENUINE PARTS COMPANY and | ) | |
| INDIANA INSURANCE COMPAY | ) | |
| | ) | |
| Defendant. | ) | NO. 1:04-1154-T/AN |
| | ) | |
| GENUINE PARTS COMPANY, | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ALLIANZ GLOBAL RISKS U.S. | ) | |
| INSURANCE COMPANY and | ) | |
| LEXINGTON INSURANCE COMPANY, | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

## ORDER

For good cause shown, it is hereby Ordered that the Parties' Joint Motion to Extend the Deadline for Filing Dispositive Motions until Friday, January 6, 2006 is GRANTED.

SO ORDERED this 21st day of December, 2005.

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 12/23/05

181

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing *[proposed] Order* on all parties to this matter by depositing a true copy of same in the United States Mail, in a properly addressed envelope with adequate postage thereon to the counsel of record as follows:

Albert Merkel
Merkel & Tabor
P.O. Box 2877
203 S. Shannon
Jackson, TN 38302-2877

Robert L. Green, Esq.
Allen, Summers, Simpson,
Lillie & Gresham, PLLC
Brinkley Plaza
80 Monroe Avenue
Suite 650
Memphis, TN 38103

Douglas F. Halijan
Burch Porter & Johnson
130 N. Court Avenue
Memphis, TN 38103

Henry Daar, Esq.
Daar & Vanek, P.C.
Attorneys At Law
225 West Washington, 18th Floor
Chicago, IL 60606

Clayton H. Farnham, Esq.
Brian T. Moore, Esq.
Drew Eckl & Farnham, L.L.P.
880 W. Peachtree St.
Atlanta, GA 30309
P.O. BOX 7600
Atlanta, GA 30357-0600

Russell E. Reviere
Rainey Kizer Reviere & Bell
PO Box 1147
209 E. Main St.
Jackson, TN 38302-1147

Robert Fisher, Esq.
Heidi Raschke, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P.
2600 One Atlanta Plaza
950 East Paces Ferry Rd. NE
Atlanta, GA 30326-1119


This _20_ day of December, 2005.


Amanda Lanzze

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 181 in case 1:04-CV-01154 was distributed by fax, mail, or direct printing on December 23, 2005 to the parties listed.

Thomas A. Vickers
Daar & Vanek, P.C.
225 W. Washington
18th Floor
Chicago, IL 60606

Thomas A. Vickers
225 W. Washington
18th Floor
Chicago, IL 60606

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Heidi H. Raschke
ROBINS KAPLAN MILLER & CIRESI LLP
1801 K Street, N.W.
Ste. 1200K
Washington, DC 20006

Brian T. Moore
DREW ECKL & FARNHAM
880 W. Peachtree St.
P.O. Box 7600
Atlanta, GA 30357

Albert B. Merkel
MERKEL & TABOR
203 S. Shannon
Jackson, TN 38302--287

Gilbert Michael Malm
Budd Larner
127 Peachtree Street, NE
Ste 636
Atlanta, GA 30303

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Robert L. Green
NEELY GREEN FARGARSON BROOKE & SUMMERS
65 Union Ave.
Ste. 900
Memphis, TN 38103--054

Robert W. Fisher
ROBINS KAPLAN MILLER & CIRESI-Atlanta
2600 One Atlanta Plaza
950 East Paces Ferry Rd., NE
Atlanta, GA 30326--138

Clayton H. Farnham
DREW ECKL & FARNHAM
P.O. Box 7600
Atlanta, GA 30357

Henry R. Daar
DAAR & VENEK, P.C.
225 West Washington St., 18th Floor
Chicago, IL 60606

Honorable James Todd
US DISTRICT COURT