IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| RBP, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| GENUINE PARTS COMPANY and INDIANA INSURANCE COMPANY, | ) ) ) |
| Defendants. | ) ) |
| ------------------------------------------------- | ) |
| GENUINE PARTS COMPANY, | ) ) |
| Third-Party Plaintiff, | ) ) |
| v. | ) ) |
| ALLIANZ GLOBAL RISKS U.S. INSURANCE COMPANY and LEXINGTON INSURANCE COMPANY, | ) ) ) ) |
| Third-Party Defendants. | ) |

NO:   1-04-1154-T/AN
Jury Demanded

## MOTION AND MEMORANDUM OF LAW SEEKING LEAVE TO FILE REPLY MEMORANDUM OF LAW IN SUPPORT OF THIRD-PARTY DEFENDANT ALLIANZ GLOBAL RISKS U.S. INSURANCE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to the Court's Rule 16(b) Scheduling Order, Third-Party Defendant Allianz Global Risks U.S. Insurance Company ("Allianz") hereby moves this Court for leave to file a reply brief in support of its previously filed Motion for Partial Summary Judgment. In support of this motion, Allianz states as follows:

1.  On October 19, 2005, Allianz filed its Motion for Partial Summary Judgment and Memorandum of Law in Support seeking summary judgment with respect to Genuine Parts

- 1 -

ATI 30042017.1

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 12/28/05

**MOTION GRANTED**
DATE: 22 December 2005

James D. Todd
U.S. District Judge

Company's bad faith claim and seeking a ruling that any proceeds due under the Allianz policy be limited to actual cash value.

2. All three opposing parties, including Indiana Insurance Company ("Indiana") who admitted that Allianz's Motion for Partial Summary Judgment was not directed at Indiana[1], filed memoranda of law in opposition to Allianz's Motion.

3. Allianz seeks the Court's leave to file a reply brief in order to respond to the arguments raised in Genuine Parts Company's Response in Opposition to Allianz's Motion for Partial Summary Judgment, Plaintiff, RBP, LLC's Response in Opposition to Third-Party Defendant Allianz Global Risks U.S. Insurance Company's Motion for Partial Summary Judgment and Defendant Indiana Insurance Company's Response to Allianz Global Risks U.S. Insurance Company's Motion for Partial Summary Judgment.

4. Allianz's proposed reply brief is attached hereto as Exhibit A.

5. A Certificate of Consultation is attached hereto as Exhibit B.

WHEREFORE, Allianz prays the Court allow it to file the attached Reply Memorandum of Law in Support of Third-Party Defendant Allianz Global Risks U.S. Insurance Company's Motion for Partial Summary Judgment.

This 2nd day of December, 2005.

Respectfully submitted,

RAINEY, KIZER, REVIERE & BELL, P.L.C.

By: _____
Russell E. Reviere (BPR #07166)
209 East Main Street
P.O. Box 1147
Jackson, TN 38302-1147
(731) 423-2414

---

[1] *See* Defendant Indiana Insurance Company's Response to Allianz Global Risks U.S. Insurance Company's Motion for Partial Summary Judgment, at p. 2.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Robert W. Fisher
Georgia Bar No.: 261951
Heidi H. Raschke
Georgia Bar No.: 594937
2600 One Atlanta Plaza
950 East Paces Ferry Road, N.E.
Atlanta, GA 30326-1386
(404) 760-4300

ATTORNEYS FOR THIRD-PARTY
DEFENDANT, ALLIANZ GLOBAL RISKS U.S.
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

This certifies that a copy of the foregoing **Motion and Memorandum Seeking Leave to File Reply Memorandum Of Law In Support Of Third-Party Defendants Allianz Global Risks U.S. Insurance Company's Motion for Partial Summary Judgment** was served upon the following via federal express on this ___2nd___ day of December, 2005:

Robert L. Green
Allen, Summers, Simpson, Lillie & Gresham P.L.L.C.
Brinkley Plaza, Suite 650
80 Monroe Avenue
Memphis, TN 38103-2466

Albert B. Merkel
203 South Shannon Street
Jackson, TN 38301

ATTORNEYS FOR PLAINTIFF, RBP, LLC

Henry R. Daar
Daar & Venek
225 West Washington Street
18th Floor
Chicago, IL 60606

Douglas F. Halijan
130 North Court
Memphis, TN 38103

ATTORNEYS FOR DEFENDANT, GENUINE PARTS COMPANY

Gilbert Malm
127 Peachtree Street, N.E.
Suite 636
Atlanta, GA 30303

Loys A. Trey Jordan, III
McDonald Kuhn, PLLC
119 South Main Street
Suite 400
Memphis, TN 38103

ATTORNEYS FOR DEFENDANT, INDIANA INSURANCE COMPANY

Brian T. Moore
Clayton H. Farnham
Drew Eckl & Farnham
P.O. Box 7600
Atlanta, GA 30357-0600

ATTORNEYS FOR THIRD-PARTY DEFENDANT,
LEXINGTON INSURANCE COMPANY

_____
Heidi H. Raschke

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 184 in case 1:04-CV-01154 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

---

Henry R. Daar
DAAR & VENEK, P.C.
225 West Washington St., 18th Floor
Chicago, IL 60606

Clayton H. Farnham
DREW ECKL & FARNHAM
P.O. Box 7600
Atlanta, GA 30357

Douglas F. Halijan
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Robert L. Green
NEELY GREEN FARGARSON BROOKE & SUMMERS
65 Union Ave.
Ste. 900
Memphis, TN 38103--054

Brian T. Moore
DREW ECKL & FARNHAM
880 W. Peachtree St.
P.O. Box 7600
Atlanta, GA 30357

Robert W. Fisher
ROBINS KAPLAN MILLER & CIRESI-Atlanta
2600 One Atlanta Plaza
950 East Paces Ferry Rd., NE
Atlanta, GA 30326--138

Thomas A. Vickers
225 W. Washington
18th Floor
Chicago, IL 60606

Gilbert Michael Malm
Budd Larner
127 Peachtree Street, NE
Ste 636
Atlanta, GA 30303

Judy Barnhill
Criminal Justice Complex
515 S. Liberty St.
Jackson, TN 38301

Albert B. Merkel
MERKEL & TABOR
203 S. Shannon
Jackson, TN 38302--287

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Thomas A. Vickers
Daar & Vanek, P.C.
225 W. Washington
18th Floor
Chicago, IL 60606

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Heidi H. Raschke
ROBINS KAPLAN MILLER & CIRESI LLP
1801 K Street, N.W.
Ste. 1200K
Washington, DC 20006

Honorable James Todd
US DISTRICT COURT